UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM JONES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:14CV1073 NAB |
| | ) | |
| JAY CASSADY, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Before the Court is petitioner's request for an extension of time to file his amended petition for writ of habeas corpus. Petitioner additionally seeks a copy of his original petition filed with this Court on June 9, 2014, so that he can ascertain exactly which pages are missing from his original petition. The Court will grant petitioner's motion.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for extension of time to file an amended petition for writ of habeas corpus, on a court-provided form, [Doc. #4] is **GRANTED**.

**IT IS FURTHER ORDERD** that the Clerk of Court shall provide petitioner with a copy of his original petition, filed in this Court on June 9, 2014.

**IT IS FURTHER ORDERED** that the Clerk shall also provide to petitioner a court-provided form for filing a petition under 28 U.S.C. § 2254 for writ of habeas corpus by a person in state custody.

**IT IS FURTHER ORDERED** that petitioner shall complete the form petition in its entirety and return it within thirty (30) days of the date of this Order.

**IT IS FURTHER ORDERED** that if petitioner fails to complete and return the form petition within thirty (30) days of the date of this Order, this action will be dismissed, without prejudice.

Dated this 28th day of July, 2014.

    NANNETTE A. BAKER
    UNITED STATES MAGISTRATE JUDGE